```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
CARLOS ENRIQUE OROZCA-CAMPOS,          :
                                       :   08 Civ. 1062(VM)
              Petitioner,              :
                                       :
      - against -                      :   ORDER
                                       :
UNITED STATES OF AMERICA,              :
                                       :
              Respondent.              :
---------------------------------------X
-------------------------------------- X
CARLOS ENRIQUE OROZCA-CAMPOS,          :
                                       :   08 Civ. 1063 (VM)
              Petitioner,              :
                                       :
      - against -                      :
                                       :
UNITED STATES OF AMERICA,              :   ORDER
                                       :
              Respondent.              :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that the petitions describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions against the same respondent. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all purposes; and it is further

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-08
```

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 08 Civ. 1062; and its finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 08 Civ. 1063, as a separate action and remove it from the Court's database of open cases.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         18 July 2008

```
                              _____
                              Victor Marrero
                                 U.S.D.J.
```